Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH U.S.A., a California Business Entity of Form Unknown; *et al.*,<br><br>Defendants. | Case No.:  CV11-09490 MWF (FFMx)<br>*Honorable Michael W. Fitzgerald Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

**ORDER:**

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A.   This action is dismissed with prejudice;

B.   This Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal; and

C.   The parties to this stipulation will each bear their own costs and fees as incurred against one another in this action.

SO ORDERED.

Date: December 3, 2012

By: _____
HON. MICHAEL W. FITZGERALD
U.S. DISTRICT COURT